# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**OMAR RODULFO TOUCHE,**
A#200-586-257,

    Petitioner,

vs.                                                           Case No. 4:17cv481-MW/CAS

**JEFFERSON BEAUREGARD SESSIONS,**
et al.,

    Respondents.
_____/

## ORDER and REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on October 23, 2017. ECF No. 1. Petitioner is a native and citizen of Honduras who contends that removal is not likely in the reasonably foreseeable future. *Id.* at 4, 7. In a supplement to the petition, he states that the "Honduran government will not issue a travel document" for him because he is not recognized as a citizen. ECF No. 4 at 2.

Service of the petition was directed, ECF No. 5, and in January 2018, Respondents filed a response to the petition, ECF No. 12. That response

asserted that there was a significant likelihood of removal in the reasonably foreseeable future and the petition should be denied. *Id.* Shortly thereafter, Respondents filed a motion to substitute an exhibit. ECF No. 14. That motion is granted.

Petitioner filed a reply, ECF No. 15, and then an amended reply, ECF No. 16, to Respondents' response. Prior to review of those documents, however, Respondents filed a motion to dismiss this petition as moot. ECF No. 17. Respondents now assert that on March 8, 2018, Petitioner was released from his confinement at the Wakulla County Detention Facility under an order of supervision. *Id.* at 2. Accordingly, Respondents now request that the petition be dismissed as moot.

An attachment to the motion to dismiss advises of Petitioner's address upon release. ECF No. 17-1 at 3. The Clerk of Court shall forward this Report and Recommendation to Petitioner at that address: 5444 Wolf Lane, West Palm Beach, Florida 33415. *Id.* If Petitioner disputes that this case is moot, he must immediately file "objections" and a notice of change of address.

**Accordingly, it is ORDERED**:

1. Respondents' motion to substitute an exhibit, ECF No. 14, is **GRANTED**.

2. The Clerk of Court shall forward this Report and Recommendation to Petitioner at 5444 Wolf Lane, West Palm Beach, Florida 33415, and to his address of record at the Wakulla County Jail.

## RECOMMENDATION

In light of Respondents' showing that Petitioner was released from detention, it is respectfully **RECOMMENDED** that the motion to dismiss, ECF No. 17, be **GRANTED** and the § 2241 petition be **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition.

**IN CHAMBERS** at Tallahassee, Florida, on March 20, 2018.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**