IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OMAR RODULFO TOUCHE,

      Petitioner,

v().                                  Case No. 4:17cv481-MW/CAS

JEFFERSON BEAUREGARD SESSIONS,
et al.,

      Respondents.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 18. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Respondents' motion to dismiss, ECF No. 17, is **GRANTED** and the § 2241 petition is **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition." The Clerk shall close the file.

**SO ORDERED on April 18, 2018.**

                                           **s/Mark E. Walker    **
                                           **United States District Judge**